UNITED STATES BANKRUPTCY COURT - *within region* U.S. TRUSTEE - PANEL
FOR DISTRICT OF DELAWARE                    (28 USC-586 and 589)

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: TWA, INC. POST CONFIRMATION ESTATE
                                        Debtors.

| | |
|---|---|
| *Payment of certain "disability, disability insurance* ) | |
| *claimed benefits under ERISA by PBGC plan,* to retiree) | |
| **Herbert McMillian,**                                  ) | Chapter 11 |
| (*Last four SS:#8692*)          Employee / Appellant  ) | Case No. 01-56(PJW) |
|                              vs.                        ) | (*Jointly Administered*) |
| **Trans World Airlines, Inc.** *et al,.*                ) | |
| (*NYS Tax Id#526976*)          Employer / Appellees    ) | **JURY PROMPLTY DEMANDED** |
|                                                         ) | (under Bankr.P.R.9015(a).). |
| **Hartford Insurance Group, Inc.**                      ) | (by Fed. R. Civ. P.38(b). ). |
| (*Case No.302FC24899 and Worker's Compensation*         ) | |
| *No.07954183 ) and*                                     ) | |
| Underwriter              Reinsurance                    ) | |

**MOTION *and* NOTICE *by* APPELLANT, STATEMENT *of* ELECTION**

**1). Appeal as of Right**; as to *prejudicial, abuse,* Order(s) **entered** by *question* Hon. Peter J. Walsh, Judge in the office of clerk of the above Court, in this action on 13 **day** of December 2007, of DOCKET item 5909 *and* 5910 of *falsify* confirmation of plan at *issues.*

**2).** Appellant elect to *Amend* this APPEAL in the above Case No.01-56 (PJW) to be heard by BANKRUPTCY APPELLATE PANEL FOR THE THIRD CIRCUIT of the 28 U.S.C. ~ 158(c)(1) *and* Bankr.P. 8001(a)(1) *and* 8002 *and* 8005 *and* referral to U.S. Attorney General to transmit to the U.S.Trustee Panel, pursuant to 28 USC-586 *and* 589(a)(b).

**3).** To bring into focus a Right of Jury Trial, according, when both legal and equitable claims and issues of Liability, elements of Damage, an amount owed in the *Amend* **Proof of Claim** -*uncontested*- presented in civil action for jury resolution, of appellant ERISA by the *full* PBGC plan, by **obligor** TWA, Inc. -non- contract retirement policy plan package.

By: *Herbert McMillian* ,  **Dated:** December 26, 2007
Herbert McMillian, Pro Se for Appellant   at 179-17 Anderson Road
St. Albans, N.Y. 11434                    Tele-(718) 723-4693

*Filing and Service, by Bankr. P.8002; 8006; 8008 ( -attached-* Certificate of Service.*)*
To:  Pachulski, Stang, Ziehl, & Jones LLP   -*and*-  *TWA Inc. Post Confirmation Estate
     James E. O'Neill , Esq. (Bar No.40442)         Jill M. Farmer , General Counsel
     919 North Market Street                        P.O. Box 12247
     Wilmington, DE 19899-8705                      Kansas City, MO  64152
*Its list of Recipient, *and* Counsel of Record for Appellees ( by Rule *2002 and 4001*).

## CERTIFICATE OF SERVICE

I, the undersigned, Herbert McMillian, pro Se for the Appellant, certify that I, served or cause to be filed on the 26 day of December 2007 a copy of the foregoing relevant document's:

**Motion and Notice by Appellant Statement of Election**

upon the following *identified* parties in interest the manner indicated: as required by Fed. R. Civ. P. 5(b)(1);

**Method of Service:**[check mark]  [ x ] U.S. Mail or [ ] Fax or [ ] Personal or Other:

Appellees -*and*- Its Respective Counsel of Record

| | |
|---|---|
| Pachulski, Stang, Ziehl, & Jones LLP -*and*- | TWA, Inc. Post Confirmation Estate |
| James E, O'Neill, Esq. | Jill M. Farmer, General Counsel |
| 919 North Market Street | P.O. Box 12247 |
| Wilmington, DE 19899-8705 | Kansas City, MO 64152 |
| Its Recipient list, | |

Judge's -*and*- Trustee

| | |
|---|---|
| Hon: Peter J. Walsh, Appointed Judge -*and*- | Hon: Mary M. Walrath, Chief Judge |
| United States Bankruptcy Court / DE | United States Bankruptcy Court / DE |
| 824 Market Street | 824 Market Street |
| Wilmington, DE 19899 | Wilmington, DE 1989 |
| | |
| Hon: Sue L. Robinson, Chief Judge  -*and*- | Mark S. Kenney, Esq. |
| United States District Court / DE | United States Trustee Office / DE |
| 844 King Street | 824 King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

-*and*-

[ x ] **Personal Service:** served and filed original document on day 27 of December 2007 upon the;
David D. Bird, Chief Clerk
United States Bankruptcy Court / DE
824 Market Street
Wilmington DE 19899

Dated: Execution, December 26, 2007

*Signature: Herbert McMillian*
Herbert McMillian,
Pro Se for Appellant
179-17 Anderson Road
St. Albans, NY 11434
(718) 723-4693

*Declaration of;*
[Pursuant to 28 USC-1746]

STATE OF ___New York___
COUNTY OF ___Queens___
SUBSCRIBED AND SWORN TO BEFORE ME
THIS DAY 26 OF December 2007
___Michael E Pearson___
NOTARY PUBLIC

MICHAEL E. PEARSON
Notary Public, State of New York
No. 01PE6134402
Qualified in Queens County
Commission Expires October 3rd, 2009

### Certificate of Mailing 1

U.S. POSTAGE PAID JAMAICA, NY 11413 DEC 26, '07 AMOUNT $1.05 0004676406

Received From:
Herbert McMillian
179-17 Anderson Road
St Albans, NY 11434

One piece of ordinary mail addressed to:
Hon Sue L Robinson, Chief Judge
United States District Court
844 King Street
Wilmington, DE 19801

PS Form 3817, January 2001

### Certificate of Mailing 2

Received From:
Herbert McMillian
179-17 Anderson Road
St Albans, NY 11434

One piece of ordinary mail addressed to:
Hon Mary M Walrath, Chief Judge
United States Bankruptcy Court
824 Market Street
Wilmington, DE 19899

U.S. POSTAGE PAID JAMAICA, NY 11413 DEC 26, '07 $1.05 0004676406

PS Form 3817, January 2001

### Certificate of Mailing 3

Received From:
Herbert McMillian
179-17 Anderson Road
St Albans, NY 11434

One piece of ordinary mail addressed to:
Jill M Farmer, Esq
TWA Inc Post Confirmation Estate
PO Box 12247
Kansas City, MO 64152

$1.05

PS Form 3817, January 2001

### Certificate of Mailing 4

Received From:
Herbert McMillian
179-17 Anderson Road
St Albans, NY 11434

One piece of ordinary mail addressed to:
Mark S Kenney Esq
United States Trustee Office
844 King Street
Wilmington DE 19801

$1.05

PS Form 3817, January 2001

### Certificate of Mailing 5

Received From:
Herbert McMillian
179-17 Anderson Road
St Albans, NY 11434

One piece of ordinary mail addressed to:
Hon Peter J Walsh, Appointed Judge
United States Bankruptcy Court
824 Market Street
Wilmington, DE 19899

$1.05

PS Form 3817, January 2001

### Envelope / Receipt

7007 0220 0001 5628 1029

James E Farmer(?)
179-17 Anderson Road
St Albans NY 11434

United States District Court
844 King Street
Wilmington DE 19899

12/26/2007
$2.15
$0.00
$0.00
CT20

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

Case Number: _____    ○ BK    ○ AP
    If AP, related BK Case Number: _____

Title of Order Appealed:
_____
    Docket Number: _____    Date Entered: _____

Item Transmitted:    ○ Notice of Appeal            ○ Motion for Leave to Appeal
                  ○ Amended Notice of Appeal    ○ Cross Appeal
            Docket Number: _____    Date Filed: _____

*Appellant/Cross Appellant:                *Appellee/Cross Appellee
_____    _____
Counsel for Appellant:                     Counsel for Appellee:
_____    _____
_____    _____
_____    _____
_____    _____

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?    ○ Yes    ○ No

IFP Motion Filed by Appellant?    ○ Yes    ○ No

Have Additional Appeals to the Same Order been Filed?  ○ Yes  ○ No
    If so, has District Court assigned a Civil Action Number?   ○ Yes  ○ No   Civil Action # _____

Additional Notes:
_____

_____        By: _____
Date                                                                 Deputy Clerk
_____
                                                       FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: _____
7/6/06

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWA INC. POST CONFIRMATION ESTATE, | ) | Case No. 01-00056 (PJW) |
| | ) | |
| | ) | Related Docket No. 5898 |
| Debtor. | ) | |

## ORDER EXTENDING THE TERM OF THE ESTATE

Upon consideration of the TWA Inc. Post Confirmation Estate's (the "Estate") Second Motion to Extend the Term of the Estate (the "Motion") filed by the Estate seeking entry of an order extending the term of the Estate, it is hereby

ORDERED that the Motion is approved; and it is further

ORDERED that the term of the Estate is extended for a one-year period, expiring on June 24, 2009; and it is further

ORDERED that this Order is without prejudice to the right of the Estate to request further extensions of the term of the Estate.

Dated: Dec / 2, 2007

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge

1

IN THE UNITED STATE BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| TWA INC. POST CONFIRMATION ESTATE, ) | |
| ) | Case No 01-0056 (PJW) |
| Debtor. ) | **Related Docket Nos. 5843 & 5858** |

**ORDER GRANTING RELIEF SOUGHT IN TWA INC. POST CONFIRMATION ESTATE'S FORTY-FIFTH SUBSTANTIVE OMNIBUS OBJECTION TO CLAIMS**

Upon consideration of the *TWA Inc. Post Confirmation Estate's Forty-Fifth Omnibus Objection to Claims [Docket No. 5843]* (the "Omnibus Objection")[1] filed by the above-captioned TWA Inc. Post Confirmation Estate (the "Estate"), seeking entry of an order granting relief with respect to certain Claims; no previous request for such relief having been made; due and proper notice of the Omnibus Objection having been given; the Court having entered an Order on June 14, 2007 (Docket No. 5858) granting part of the relief requested and continuing the objection with respect to Claim No. 863800 filed by Orbital No. 1 Ltd., Orbital No. 2 Ltd. (the "Remaining Claim"), and no opposition to the relief sought in the Omnibus Objection having been filed with respect to the Remaining Claim, it is hereby

ORDERED that the Omnibus Objection is granted as uncontested; and it is further

ORDERED that (i) Claim No. 863800 filed by Orbital No. 1 Ltd., Orbital No. 2 Ltd is expunged; and it is further

---

[1] Capitalized terms not defined herein shall have such meanings as defined in the Omnibus Objection.

ORDERED that the Estate is hereby authorized to amend the claims register for this case to reflect the relief granted in this Order.

Dated: __Dec-13__, 2007        _____
The Honorable Peter J. Walsh
United States Bankruptcy Judge

85400-001\DOCS_DE:133576.1