

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

08-180

In re: ) Chapter 11
)
TWA INC. POST CONFIRMATION ESTATE, ) Case No.01-56(PJW)
) *(Jointly Administred)*
) Hearing Date: April 17, 2008 at 9:30 a.m..
DEBTOR'S ) Response Due: April 10, 2008 at 4:00 p.m..

### NOTICE OF OBJECTION OF HERBERT MCMILLIAN *for CREDITOR'S* TO TWA INC. POST-CONFIRMATION OF PLAN, FORTY-SEVENTH

HERBERT MC MILLIAN, *PRO SE* for Creditor's, .as Individual, has Served and Filed a **notice** of OBJECTIONS, pursuant to ***bankruptcy crimes*** of section 152 to 158 of 18 USC; relating to ***materially fraudulent, intentionally falsify written statements*** in bankruptcy scheduled of *Docketing a* Trans World Airlines Inc Post-Confirmation of a Plan, and Declaration, in Forty-Seventh of Debtors/Estate's, by its Plan Administrator, and counsel's of record for scheduled- omnibus - hearings" on April 17, 2008 at 9:a.m. in the above Court. Is governed by Rule 9014(a) (c) (d) of contested matters, and relation to other Rules 3008; 3019 and 3020 and Status and Code 586 and 589 of USC-28.

(1). According this Court shall **remand** *for* **reconsider**, *previously* Automatic STAY of Modify ORDER, for Trial by Jury under 11 USC-362 (*attached*) thereof, pending conclusion of law on the written findings of facts and state of law "*allowing certain OMITTED of all claims and all benefits plans by ("PBGC") plan to Herbert McMillian -individual - Retiree of (TWA)*" *-against-* the estate in above Case and **official record.** by Rule 3008 and 9024, which such local U.S. trustee -appointed under chapter 11 and **notifying**, the appropriate U.S. Attorney and designated Agent's of FBI; of controversy

in a contested matters, to material factual issue. by Bankr. P Rule 9014 and 9027 **and** 28 USC- 586; and under section 18 USC -158 et seq. and 152 through 157 and 1001.

**Equity Relief Sought -*against*- all debtors, to Reinstate - *Retroactive - Continue* all Unpaid Benefits Plans due ,and own to retiree Herbert McMillian from 1979 and 2001 onward of all Legal Agreements between "*obligor*" TWA. Inc.& Parties.**

**(2).** Pension Benefits Guaranty Corporation (PBGC) plan is regulated by Title IV and **relief** in the Employment Retirement Income Security Act (ERISA) Plan in 1974 to protect retirement income. Under F.R.C.P. 8 and 29 USC- 1301 et seq. and section 1001 1131 and 1132 and Social Security Act(ADA) under Title IV -42 USC-12101 et seq..

**(3).** TRANS WORLD AIRLINES NON-CONTRACT RETIREMENT INFORMATION PACKAGE (PAMPHLET) *including* MANAGEMENT POLICY & PROCEDURE MANUAL. ("TWA, Inc.") NYS Tax Id# 526976).

**(4).** Hartford Insurance Group, Inc. New York Policy Claims#302FC24899 under the NYS Workers' Compensation Act / *Including* Annuity Contract / 401K.

**(5).** American Airlines Inc. agreement S.SS 363 Sale of Assets to American Airlines, Inc. Related Reorganization Matters and other agreed Employees Benefits plans.

**(6).** Payment of Insurance benefits to Retired Employees. Authorized of section 11 USC- 1114(a)(e)1); (f) **(g)** and **(i)** (j) (k)1) by authorized between the trustee and authorized by representative of the recipient and by Title VI section 608 paragraph 1 through 5 and section 3(a) modifies Public Law 99-591 and section 1129(a) as paragraph(13).

**(7).** TWA, Inc. Plan Administrator or authorized counsel's or respective recipient parties interest Must **filed** with the above -Court a written response by affidavit to the objection, or admission, explaining his or her position, at addresses of the bankruptcy clerk's office.

**(8).** Debtors or authorized Counsel of Record by F.R.Civ.P 11; *83.5.* Must also mail a copy to Objector 's undersigned below address and others recipient parties interest within 48 hours, before a Hearing.

**(9).** (TWA, Inc.) Plan Administrator or officer's or Authorized Counsel's of Record or recipients parties in interest Must **attend** and **testify** at Omnibus Hearing on the OBJECTION, already scheduled to be held on date APRIL 17, 2008 at 9:30 a.m. in Court Room 2, of the 6 Floor United States Bankruptcy Court, at 824 Market Street, Wilmington, Delaware 19899.or the Court shall scheduled evidentiary hearing at which witness(es) shall testify by Bankr. 9014(c)(d)(e) or 9015(a) -Jury- and Bankr. Code-102. If TWA ,Inc., Plan Administrator or the authorized counsel's do not take these steps, the Court may decide that you do not oppose the undersigned as paragraph 2 to 6 relating to all unpaid Benefits plan of "Disability claim" to Herbert Mc Millian, as Retiree Field Manager employee -individual of ("TWA, Inc") and as all parties are treated fairly and equity and others similarly situated. and/or Court may-Enter -Judgment as matter of law.

The undersigned for Creditor' s, reserve the right to commence a Criminal Procedure Pursuant to 18 USC- section 1001 et seq. - Grand Jury Proceeding and 29 USC- section 1001 et seq. and Relief 1132. **and** Civil Procedure by section 1131 of 29 USC- 1301 and Title IV. in (PBGC) plan and F.R.Civ..P. 38(b)- Jury Trial of Right, of all isues, all claims and other related statues and code of rules.

**(10)** The undersigned, acknowledged a <u>Notice of Docketing Items</u> (*attached*) also received (two) telephone call from John Kerns -<u>appointed Mediator's</u> on April 4, 2008 at 9:10 and 9; 30 a.m.and *we* converse, relating to **ADR;** -Jurisdiction- 28 USC-652(b)( c ).

(11). The undersigned conferred in good faith with debtors, debtors counsel of record, its recipients, parties interest to resolve disclosure and/or others controversy in a contested matters, to material factual issues; court's are required to resolve both legal and equitable claims or issues-present- in accordance with jury's resolution or verdict. [ by statute in F.R.Civ. P38(b) the undersigned request -the demand -be reinstated ].

**Wherefore**, undersigned, **prays** for the following separate **relief;**

DEFAULT JUDGMENT, as matter of law *enter,* in favor Herbert McMillian *-against-* TWA, Inc. its security holder,-agent (BMC) *Claim # 1006824 - Docket # 5853;* shall offer and to guarantee the purchase and payments of an annuity contract posted -bond *-value of collateral equity security* lump sum in Personal Injury [Suit], *$25,000.000.00(Millions dollars );* plus post judgment -22% interest; for all *past* and *future* unpaid " *Disability claims* " (PBGC) plans, in *full* ERISA plan Due and Owning; , from 1979 - Onward - and to liability; to damages; civil and criminal penalty and fines, costs as provided by plans and law and appropriate statutory authority; by prosecution costs and by jury costs.[ by 29 USC-589. and on bond. by 28 USC-1874 and 1961 and by Bankr.P.2002 ; 3008 **action.**

**A).** Referral: to proper U.S. Attorney - Judicial District , in **Prosecution, - -**"bankruptcy crimes"; on U.S. Court's ,such action; relating to undersigned; -unpaid- Pension Benefits Guaranty Corporation and *full* Employee Retirement Income Security Act. under F.R.C.P. 8(a) and 29 USC-1132 and 1301 et seq. 18 USC- 152 through 158.and 28 USC-586.

**B).**  Transferring: change of venue of case under Chapter 11 by 28 USC-1412 to United States District Court / NYSD - 2nd Judicial District -Jury Administrator- by undersigned right to jury properly demanded be reinstate, regard to a personal injury on the job **arose.** and/or legal and equitable claims and issues must be submitted to jury for resolution with the verdict,, with respect to liability; to damages; under 28 USC-Civil 38(b) and 1874 -

**Dated:** April   07 , 2008       Respectfully Submitted in Good Faith

Objector - By: *[signature]* Herbert Mc Millian
Herbert McMillian -Pro Se for Creditor's
179-17 Anderson Road
St. Albans, NY 11434
(718)723-4693

Page 5

**Contact the above- undersigned with any questions or any *relevant* documents - requested.**

*DUTIES; OF THE APPROPRIATE CLERK, OR JUDGE OF COURT, OR U.S. TRUSTEE - APPOINTED IS RESPONSIBLE FOR SENDING A COPY OF THIS FORM NOTICE OF OBJECTION TO U.S. DEPARTMENT OF JUSTICE, OFFICE OF U.S. ATTORNEY GENERAL OF U.S. TRUSTEE PANEL SYSTEM FUND, AT WASHINGTON, D.C. AND NOTIFYING U.S. ATTORNEY'S - 3RD JUDICIAL DISTRICT / DE or U.S. ATTOTNEY'S -2ND JUDICIAL DISTRICT / NYSD - (Requested by Undersigned). By 28 USC-581(a)(2)(3) and 586(a)(3) (b) (B) and (F).and 589(a) and (589(b).*

**To:** TWA.Inc. Post Confirmation Estate / Counsels /and 2002 Lists of Recipients
Pachulski, Stang, Ziehl,& Jones LLP   and   Michael J. Lichy - Plan Administrator
Laura Davis Jones (Bar No.2436)       Jill M. Farmer   - General Counsel
James E. O'Neill (Bar No.4042)        TWA, Inc. Post Confirmation Estate
919 North Market Street               P.O Box 12247
Wilmington, DE 19899-8705             Kansas City, MO 64152   and

Sean Allen, Chairman
Bankruptcy Management Corp.( Equity Security Holder) -Agent)
1330 East Franklin Ave       (Claim # 1006824 and Docket No.5853 -uncontested)..
El Segundo, CA 90245

Mark S. Kenney, Esq.          and     Colm Connolly, Esq.
United States Trustee's -Panel        United States Attorney
Department of Justice                 Department of Justice
844 King Street                       1007 North Orange Street
Wilmington, DE 19801                  Wilmington, DE 19801

By; Bankr. P.2002 and 4001.(see; Affidavit / Certificate of Service with **notice** to parties.

Material Witness - Judge's (under 28- 144 and 455 and F.R.Civ..P. 63 and Canon Code.
U. S. Bankruptcy Court/DE  -Case No.01-56 -(Peter J .Walsh, Judge - Appointed
U.S. Bankruptcy Court/DE   - Appeal No.05-88 (Mary F. Walrath , Chief Judge
U.S. District Court/DE     -Case No. 06-44 ( Sue L. Robinson, Chief Judge
U.S. Court of Appeals / PA -Docket No. 06-4450 (3 Panel Judge's) Mandate.
**U.S. District Court / DE**   -**Docket No.# 2** - Civil .Action No.08-180 and
*U.S. Bankruprcy Court / DE - Case No.01-56(PJW)* -**Appeal No.08-11** - Docket Items:
Referred to the Appellate Mediation Panel (attached) as Exhibit - B.

Herbert McMillian
179-17 Anderson Road
St. Albans, NY 11434

QUEENS NY 119

08 APR 2008 PM 4 T

Hon. Sue L. Robinson, Chief Judge
United States District Court
844 King Street
Wilmington, DE 19801