IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| TWA INC. POST CONFIRMATION ESTATE, ) | Bank. No. 01-56(PJW) |
| ) | |
| Debtor. ) | |
| | |
| HERBERT MCMILLIAN, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civ. No. 08-180-SLR |
| ) | |
| TRANS WORLD AIRLINES, INC., et al., ) | |
| ) | |
| Appellees. ) | |

**O R D E R**

At Wilmington this 12th day of May, 2008, having reviewed the notice of appeal filed by appellant Herbert McMillian;

IT IS ORDERED that said appeal is dismissed, for the reasons that follow:

1. Appellant, a pro se litigant, has neither paid the filing fee nor filed the appropriate motion to proceed in forma pauperis.

2. Appellant is not contesting the orders of the bankruptcy court attached to his notice of appeal,[1] but is yet again seeking "to compel the respective part[ies] Trans

_____

[1] A December 12, 2007 order extending the term of the estate and a December 13, 2007 order granting relief sought in the forty-fifth substantive omnibus objection to claims. With respect to the latter order, the bankruptcy court notes that no objection to the relief sought in the omnibus objection was filed, the claim having been filed by

World Airlines Inc. ("TWA") and Hartford Insurance Group ("HIG") and U.S. Trustee's . . . [to] Reinstate, Retroactive and Continue past and future back Payments of the reinsurance benefits to retiree Herbert McMillian, as Field Manager employee Individual. . . ."  (D. I. 1)

3. Appellant has filed two other appeals in connection with this estate, <u>McMillian v. Transworld Airlines</u>, Civ. No. 02-020-GMS (D. Del.)[2] and <u>In re McMillian</u>, Civ. No. 06-44 (D. Del.).[3]  His appeal of the two identified orders, which have nothing to do with his complaint, is frivolous and an abuse of the judicial process.

/s/ Sue L. Robinson<br>
United States District Judge

---

Orbital No. 1 Ltd.

[2] McMillian's pro se motion to withdraw the reference was denied on July 17, 2002 and the appeal dismissed for lack of appellate jurisdiction on April 14, 2003. (D.I. 13,18)

[3] McMillian filed a pro se appeal from the bankruptcy court's order entered on November 22, 2005. (D.I. 1)  The court dismissed the action for lack of subject matter jurisdiction. (D.I. 14)  McMillian's appeal to the Third Circuit was denied as frivolous pursuant to § 1915(e)(2)(B). (D.I. 26)  According to the Court:
> McMillian filed proofs of claim in the Chapter 11 bankruptcy of Trans World Airlines, Inc.  The bankruptcy court disallowed and expunged those claims in 2003, and McMillian does not appear to have appealed from that order. Instead, he continued to file various documents in the bankruptcy court that did not pertain to any pending claim. Finally, on November 22, 2005, the bankruptcy court entered an order denying relief on McMillian's filings and directing him to refrain from filing additional pleadings in that proceeding.

(D.I. 26-2)