*ORIGINAL*

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWRE

| | |
|---|---|
| **In re: *TWA, INC. POST CONFIRMATION ESTATE*** ) | Chapter  11 |
| ) | USBC -Case No.01-56-(PJW) |
| Debtors    ) | (Jointly Administered ) |
| ) | **Appeal -No.08-11** |
| _____ ) | |
| *In Nature of Personal Injury (Suit) of' Certain Claims* ) | **Case No.1-08-cv.180(SLR)** |
| *of "Disability Benefits under (PBGC) in ERISA Plan of* ) | |
| **Herbert McMillian,** ) | |
| (Last four SS#:8692 - *Employee*    Creditor - Appellant ) | |
| *-against-* ) | |
| ) | **Affidavit of Good Faith in** |
| **Trans World Airline, et. al,** Debtors - Appellees ) | **Support *for* Jury Trial -** |
| (NYS Tax Id#:526976) - *Employer* ) | **Reinstated *to* Reopen** |
| **Hartford  Insurance Group Inc.**  Insurer - Carrier ) | |
| (Case No.302FC24899) and Worker;'s Compensation -- ) | |
| *(No,07954183)* and *unknown*  __ Debtors - Appellees__ ) | |

### *Jurisdiction Federal Questions:*

**State of New York )County of Queens  ) ss.:**

The undersigned as Pro Se**,** confirm that Affidavit of good faith in support  the
foregoing statements of law or fact are true under the penalties of perjury in lieu thereof**.**

**(1). I,** am the Pro Se**,** for Creditor-Appellant in the above-captioned-entitled "jury action"**.**

**(2).** I**,** am  requesting  a - REOPENING - from  *questions*  **Judge's ,** "prejudice" **Order's**
of disputed material issues of evidentiary**,** without **investigation**  of unsupported finding
or conclusion of law **,** concerning of *enumerative* "contested matter proceeding"**,** entered
in the Office Clerk of this Court on 12  day  May  2008**. see;** code  28 USC- 455**.** and
reopening, governed **see** Rule 5010**;** and  relief **see** Rule 9024 is contested matters**,**
reference **see** Rule 9014 and underlying  evidence **see** Rule 9017 and  **9016** of Bankr. P.

**(3).** The *conspiring,* James O'Neill**,** @  pszyj. and  Michael Lichty**,** and  Jill Farmer**,**
counsels of record**,** to *engage* in abusive reaffirmation of debts**,** and materially fraudulent
*falsify,* statements in bankruptcy schedules of *docketing* confirmation plans**,** for TWA,
Inc, Post Confirmation Estate, Debtors, and *ignore* undersigned**, objections** and they knowing**,**
repeatedly**,** fail and refuse to answer *or* appear otherwise defend**, also** *dispute*  in USBC--related
to My Docket Items #: 5904**, 5919?,** 5935 and 5943 and two served lawful SUBPOENA,
issued by the Clerk of -above- Court on April 17, 2008**; (** before this court closing case**)**
*all debtors -estates , counsels,  continuing to committing**, crimes,  fraud, on the courts.**

**(a).** the REOPENING must be held. At which testimony or disposition of witnesses at *de novo* Trial by *Successor* Judge, by Jury Trial of Right -properly demanded be reinstated, requested by undersigned in a jurisdiction district court, after certifying familiarity with proof of official record in a civil case. **see** Rule 63; related **see** Rule 43(a) or 43(e) and Rule **45** and reference Rule 38(b) of F.R. Civ. P. governed by seventh amendment. **\*see;** below (date, time, and place, is direction of court order, Set - Aside - default - for Trial by Jury in nature. **see** Rule 55(b)(2) of F.R. Civ.P. or Rule 59(a) or 60((a) (b)(3).

**(b)** in Nature of the pending Personal Injury [Suit] *of Certain Claims of "Disability Benefits under (PBGC) by ERISA, Plan* including under New York State Worker's Compensation Act of the undersigned arise in "United States Trustee Official Station" Jurisdiction of Second -Judicial United States District Court-(NYSD), under 28 USC-581,

**(c)** the issue unresolved and unpaid of Amend Proof of Claim *-Permitted -* Claim #:1006824 and Docket #:5853-*"uncontested matter"* at (BMC) - surety holder agent - bond- or collateral of *guarantee* post annuity contract, *addendum* amount **25,000,000.00** (million dollars) having been entered and filed in accordance Bankr.P. Rules 3001(a)(b) (c) and 2002(g)(j)- U.S. Attorney and/or Trial, by Jury **. see** *below* paragraph (d)(3).

### Restoration of Benefits [11 USC-1114 related Title VI -608]

**(d).** the issues or *full future* claims both legal and equitable remaining unresolved and unpaid governed provision in Pension Benefits Guaranty Corporation by Employment Retirement Income Security Act in 1974 to protect retirement income (ERISA, claims, on the issues for equitable monetary liability and damages and F.R.C.P.8 and 29 USC- 1301 and 1132 and 11 USC-1114(h) and *previous* auto. Stay under 11 USC- 362 (a)(b)(1)(d).

**(3)** the other issues *full future* equitable remaining unsolved and unpaid of insurance benefits to individual undersigned *non-contract - former* retired employee, under, 11 USC- 1114(a)(e)(1); A (f)(1); A (k). **see,** permanent Title VI-- section 608 (3)(a) of Public Law 99-591 and Retiree Benefits Bankruptcy Protection Act of 1988 ( debtors and "trustee" shall timely back- pay any or all retiree benefits that own to undersigned creditor's, and obligor debtors, insurer, "trustee", <u>shall assures that all affected parties treated fairly and equitably and  all agreements among joined *third -parties in interest.*</u>

The undersigned, inspection request is authorized under F.R.Civ.P 34 and related Rule 26 -Discovery and Rule 27 -and Taking of Testimony of witnesses Rule 43(e) or Deposition and **Rule 45** and related Rule 9014((d) and 9017 of Bankr. Proc. *see*; (attached) two(2) **Subpoena** issued as Exhibit C and D.

The relevant documents at disputed issues are not protected from discovery by attorney-client privilege since all debtors - estate or its recipients, - counsel of record, trustee's , are not, and have never been. in an attorney- client relationship.

The undersigned  relief requests is authorized under  F..R.Civ. P..37(d) and 29 USC-1131 and 29 USC-1132.

The Clerk or Judge of this Court shall -*notify* - United States Attorney General, by Local United States Attorney for Delaware underlying to **United States Trustee (system fund)** of the above-caption -entitled action. **under** (28 USC-586) and 589(a) and 589(b) **and** *joined* U.S.Bankruptcy Clerk and U.S. District Clerk shall transmitted copies, entire Proof of Official Record: under Rule 8007 and Rule 8016(a)(b)-of Bankr.P. and Rule 44 of F.R.Civ.P.

### Duties; Supervision by, United States Attorney General

The undersigned, further respectfully requests, pursuant to 28 USC- 586(a)(2) (B) (F) and 589(a) and 589(b) in criminal investigation and criminal prosecution of committed  **Bankruptcy Fraud** based on civil case number  USBC -01-56 (PJW) and USDC- 01-180(SLR) in the respective court's and appointed judge's case's of where was entered and filed in respective office of the clerk of court of record of evidentiary [self] Authentication or Identification, under, see Rule 901 and  902 of Fed. Rules of Evidence.

### *Bankruptcy Fraud and Crimes and `Investigation and Related Provision

The entity *debtors , counsels, its recipients lists of  2002  or 4001 of Bankruptcy Procedure, having knowing willfully committed of the  following Bankruptcy Fraud and Crimes Definition --18 USC-- section **152** *through* **158** and 18 USC-- section 1519 -- Bankruptcy Investigation ,   any such offense has been committed present the disputed matters, violations,  to the  Grand Jury 18 USC- section 3057(a)(b). in nature.
>(A  " trustee"  Obligation to report crimes, joined violations, offenses, illegal acts to United States Attorney) also;
>(A "bankruptcy judge" or "district judge", assigned to a case, shall reports an attorney's for investigation of perjury),and other joined violations and offenses of illegal acts.

### PRAYER *for* REMEDY *and* RELIEF ---JURY TRIAL DEMAND -*DE NOVO*

The undersigned, Creditor, requests - Judgment - Interest -*against*- all - Debtors - Estates:

1. For liability and damages for personal injuries on the job, under --Title IV -- Pension Benefit Guaranty Corporation by Employee Retirement Income Security Act in 1974 to protect retiree income, in an amount to be determined by the evidence at trial, as is due, onward all triable issues, must be submitted to a jury for resolution. 38(b) of F.R.Civ. P.
2. Payments of insurance benefits to retired employees. under 11 USC- 1114(a)(e)(1) and Title -Vl - Permanent section 608 section 1 through 5 of Public Law -99-591.
3 For Post Interest on Judgment as allow by law. under 28 USC- 1961
4. For costs of above-caption-entitled  "Jury Action"  under Rule 38(b) of F.R.Civ.P.
5. For all other remedy and  legal and equitable, issues, claims, relief that is just and right.

Page 4

**Dated:** May 27 2008

Herbert McMillian , Pro Se**,** For Creditor - Appellant      / **Enclosure:** *(attached)*
179-17 Anderson Road                                                                Exhibits
St. Albans, NY  11434
(718) 723-4693

SWORN  before me and execution:              x ~~*Herbert M. Millian*~~
on 28th day of May 2008                               Herbert McMillian,

~~*Michael E. Pearson*~~
~~*Notary Public*~~

MICHAEL E. PEARSON
Notary Public, State of New York
No. 01PE6134402
Jalified in Queens County
Commission Expires October 3rd, 2009

**Entry, MONEY JUDGMENT - INTEREST:** -- *for jury damages* -- [ 28 USC-1961 to 1963]
Amount in amend-proof of claims -uncontested -*notice- $25,000,000,00 (million dollars).Claims
#:*1006824 --*Docket #:*5853 at (BMC) -Agent. for TWA, Inc.
Post-Judgment -Interest-            % allow by Law
Taxing Costs or Costs by statute                    Clerk of Court**,**
$_____                                      by Deputy  Clerk x_____
                                                **Witness:** by Judge of Court x_____

*Warning***: Making, Offering,  a Falsify  Written Statements of  Documents, Records
for Filing is a Crimes , Offences, Violations of Law** *(18- USC-152 to 158
et  seq.) and*  **related  18-USC - 1001 et seq,)**

.

***Witnesses***

*Via: Personal Services*                         *Via: Personal Service*
To:  Sue L. Robinson , Chief Judge          Peter J. Walsh , Appointed Judge *(recusal)*
      United States District Court              United States Bankruptcy Court
      844 King Street   Court Room 6B       824 Market Street
      Wilmington , DE 19801                    Wilmington, DE  19899

**To parties,  from Order, closing of cases and names of attorney of record as follows;**
***Attorney's /DE see; Local Bar Rule  83.5***
*Via: Certified Mail:RRR*                                  *Via: Certified Mail: RRR,*
      James O'Neill, ( DE Bar No 4042)      and          Michael  Lichty, Plan Administrator
@ Pachulski , Stang, Ziehl, Jones P,C.                    Jill M. Farmer, General Counsel
      901 North Market Street                              TWA, Inc, Post Confirmation Estate
      Wilmington, Delaware ,19899                        P.O. Box 12247
      Co-Counsel for the Estate                            Kansas City,  MO  64152
**_TWA, Inc._** Non- Contract  _Retiree Employee(s) Benefits; Under  PBGC  by ERISA_.

Page 5

***Notify***

*Via: Certificate of Mailing*

United States Attorney General,

*Via: Certificate of Mailing*
Colm  Connolly,
*designate,*  United States Attorney / DE
1007 North Orange Street
Wilmington, DE 19899

Executive Office- U.S Trustees -Panel  c/o- local- United States Trustee's Office
Criminal Enforcement Unit
20 Massachusetts Ave.  Suite 8000
Washington, D,C. 20530

844 King Street      Suite 2313
Wilmington DE 19801
Attn: Mark s Kenney, Esq.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re:                                      )
                                            )
TWA INC. POST CONFIRMATION ESTATE,          )  Bank. No. 01-56(PJW)
                                            )
                Debtor.                     )


HERBERT MCMILLIAN,                          )
                                            )
                Appellant,                  )
                                            )
    v.                                      )  Civ. No. 08-180-SLR
                                            )
TRANS WORLD AIRLINES, INC., et al.,         )
                                            )
                Appellees.                  )


## O R D E R

At Wilmington this 12th day of May, 2008, having reviewed the notice of appeal

filed by appellant Herbert McMillian;

IT IS ORDERED that said appeal is dismissed, for the reasons that follow:

1. Appellant, a pro se litigant, has neither paid the filing fee nor filed the

appropriate motion to proceed in forma pauperis.

2. Appellant is not contesting the orders of the bankruptcy court attached to his

notice of appeal,[1] but is yet again seeking "to compel the respective part[ies] Trans

_____

[1]A December 12, 2007 order extending the term of the estate and a December
13, 2007 order granting relief sought in the forty-fifth substantive omnibus objection to
claims. With respect to the latter order, the bankruptcy court notes that no objection to
the relief sought in the omnibus objection was filed, the claim having been filed by

Exhibit ~ A ~

Date 5-13-08
Docket # 5955

World Airlines Inc. ("TWA") and Hartford Insurance Group ("HIG") and U.S. Trustee's . .

. [to] Reinstate, Retroactive and Continue past and future back Payments of the

reinsurance benefits to retiree Herbert McMillian, as Field Manager employee

Individual. . . ."  (D. I. 1)

3. Appellant has filed two other appeals in connection with this estate, McMillian

v. Transworld Airlines, Civ. No. 02-020-GMS (D. Del.)[2] and In re McMillian, Civ. No. 06-

44 (D. Del.).[3]  His appeal of the two identified orders, which have nothing to do with his

complaint, is frivolous and an abuse of the judicial process.

                                        United States District Judge

_____

Orbital No. 1 Ltd.

[2] McMillian's pro se motion to withdraw the reference was denied on July 17,
2002 and the appeal dismissed for lack of appellate jurisdiction on April 14, 2003.  (D.I.
13,18)

[3] McMillian filed a pro se appeal from the bankruptcy court's order entered on
November 22, 2005.  (D.I. 1)  The court dismissed the action for lack of subject matter
jurisdiction.  (D.I. 14)  McMillian's appeal to the Third Circuit was denied as frivolous
pursuant to § 1915(e)(2)(B).  (D.I. 26)  According to the Court:

McMillian filed proofs of claim in the Chapter 11 bankruptcy of Trans World
Airlines, Inc.  The bankruptcy court disallowed and expunged those claims in
2003, and McMillian does not appear to have appealed from that order.
Instead, he continued to file various documents in the bankruptcy court that
did not pertain to any pending claim. Finally, on November 22, 2005, the
bankruptcy court entered an order denying relief on McMillian's filings and
directing him to refrain from filing additional pleadings in that proceeding.
(D.I. 26-2)

2

Align top of **FedEx Express Shipping Label** here.

```
RIGIN ID: ZWIA (302) 652-4100        Ship Date: 22MAY08
ILROOM                               ActWgt: 0.1 LB
ACHULSKI STANG ET AL                 System#: 0751632/CAFE2355
919 N MARKET ST                      Account: S 247940130

WILMINGTON , DE 19801
UNITED STATES US
```

TO **MR HERBERT MCMILLIAN**

**179-17 ANDERSON ROAD**

**ST. ALBANS, NY 11412**

Ref: **85400.001**



**FedEx**
Express

Delivery Address
Barcode



**BILL SENDER**

---

PRIORITY OVERNIGHT                    **FRI**
                                   Deliver By
TRK# **9122 0814 5529**  Form  **23MAY08**
                        0201   **JFK**    A1

**11412** -NY-US  **ZM FYUA**



**Pachulski, Stang, Ziehl, Young, Jones & Weintraub**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

Via Overnight Delivery
(Herbert McMillian)
Mr. Herbert McMillian
179-17 Anderson Road
St. Albans, NY  11424
*72*

(kf) 85400.001

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

In re:                              ) Chapter 11
                                    )
TWA INC. POST CONFIRMATION          ) Case Nos. 01-00056 (PJW)
ESTATE,                             )
                                    )
          Debtor.                   )

## RECUSAL AND TRANSFER

The undersigned hereby recuses himself from hearing the
matters relating to docket items 5521, 5550 and 5586 in this case
and those matters are hereby transferred to the Honorable Mary F.
Walrath for hearing and disposition.

Peter J. Walsh
United States Bankruptcy Judge

Dated: October 6, 2005

$Exhibit \sim B \sim$

$5594$
$10-6-05$

AO88 (Rev. 12/07) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

District of Delaware

**Herbert McMillian,** ___–Plaintiff___
(Last four SS #8692) **-Employee**

V.

**Trans World Airlines,Inc. -Defendants'**
(NYS Tax Id #526-976) **-Employer**

(Plan

TO: Michael J.Lichty, **Administrator**),
    For TWA Inc.Post Confirmation Estate (its Recipients list –2002).

**SUBPOENA IN A CIVIL CASE**

"JURY DEMAND - PLAINTIFF"

Case Number:[1] 08-180(SLR)
Bankruptcy Case No.01-56(PJW)
Ap-No.08-11

☒ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.On Court **Official Record**.(28 USC-1731 through 1739.

| PLACE OF TESTIMONY –at **Trial by Jury**(Fed.Evid.**101**;801;902). | COURTROOM _6B |
|---|---|
| United States District Court / of DE<br>844 King Street<br>Wilmington, DE 19801 | Hon:Sue L Robinson |
| | DATE AND TIME<br>May 20,2008 at 2:00 P.M. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):**(i)**.Trans World Airlines–Non-Contract-Retirement information Package**(Pamphlet)**under ("the PBGC") plan; by ("the ERISA**"**) plan and **(ii)** Hartford Insurance Group, Inc.Case No.302-FC-24899 / W.C.B.No.0795-4183 / Date on Job Injury - 8-30-79 of **"disability"** begin and **(iii)**.Asset Purchase Agreement,Retiree Benefits plans,with "AA".

| PLACE<br>Same as above | DATE AND TIME<br>Same as above |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents. or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rule of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | 4/17/08 |
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | |

(See Federal Rule of Civil Procedure 45 (c). and (e). on next page)

**Jurisdiction: Federal Questions**    "Class Action"

[1] If action is pending in district other than district of issuance, state district under case number  212 -Docket 946040 U.S.Court of Appeals -2nd-Circuit / Dixon,and all other similary situated -Plaintiff and NYS -v-Shalala,U.S.of DH&H Services,Defendants.
**Nature,Personal Injury,**Claims arise,of "DISABILITY" Benefits Plans.

*Exhibit . C*

AO88 (Rev. 12/07) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

District of Delaware

**Herbert McMillian,** -Plaintiff
(Last four SS #8692) -**Employee's**

V.
**Trans World Airlines,Inc.** -Defendants'
(NYS Tax Id #526-976 -**Employer**

**SUBPOENA IN A CIVIL CASE**
"JURY DEMAND - PLAINTIFF"

Case Number:[1] 08-180(SLR)
Bankruptcy Case No.01-56(PJW)
Ap-No.08-11

TO: James E.O'Neill, (Bar No.4042) Co-Counsel,
    For TWA Inc, Post Confirmation Estate

XX YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to
testify in the above case. On Court **Official Record(**28 USC-1731 through 1739.

| PLACE OF TESTIMONY -at Trial by Jury(Fed.Evid.**101**;801;902). | COURTROOM -6B |
|---|---|
| United States District Court / DE | Hon:Sue L Robinson |
| 844 King Street | DATE AND TIME |
| Wilmington,DE, 19801 | May 20,2008 at 2:00 P.M. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition
  in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the
  place, date, and time specified below (list documents or objects):By answering Affidavit in relating;
(i) TWA-non-Contract-Retirement(Pamphlet) Under ("PBGC") by ("ERISA") plans.
   in 1974 to protect retirement income by 29 USC-1301 and 1132.
(ii) HTG - Case No.302-FC-24899 7W.c:No.0795-4183 / Date on Job Injury //
8-30--79 of "disability begin"/ and **(iii)** Asset Purchase Agreement with "AA"

| PLACE | DATE AND TIME |
|---|---|
| Same as above | Same as above |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers,
directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the
matters on which the person will testify. Federal Rule of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| | 4/17/08 |
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | |

(See Federal Rule of Civil Procedure 45 (c), (d), and (e), on next page)

**Jurisdiction:Federal Questions**                    "Class Action"

[1] If action is pending in district other than district of issuance, state district under case number 212-Docket 94-6040 U.S. Court of
Appeals-2nd-Curcuit / Dixon,and all other similary situated-Plaintiff and
NYS -v- Shalala,U.S. of DH&H Services,Defendants.
**Nature,Personal Injury,**Claims arise,of "DISABILITY" Benefits Plans.

Exhibit ~ D ~

**UNITED STATES BANKRUPTCY COURT -**
**FOR DISTRICT OF DELAWARE**

*U.S. TRUSTEE PANEL*

28 USC-586 to 589(b)

**In re:** TWA, POST CONFIRMATION ESTATE )
                       **Debtors.** )
_____ )
In a *Pending Personal Injury* [ *Suit* ] of all claims )    Chapter 11
"disability" benefits plans, PBGC,in ERISA of    )    Docket No.01-56(PJW)
**Herbert McMillian ,**                 )    (Jointly Administered)
            Creditor / Appellant )
*vs.*                                )    ***"Jury" Promptly Demanded***
                               )    ( USC - Bankr. P. Rule 9015(a))
**Trans World Airlines, Inc. et al,.**      )
                               )
**Hartford Insurance Group,Inc.**      )
                               )
*Defaulting* Debtors / Appellees        )
_____ )

TO: THE CLERK OF COURT *AND* APPOINTED JUDGE OF COURT OF RECORD.

### *NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE,   that I, undersigned *pro Se,* **appear** for Herbert McMillian**,** as   Creditor / Appellant on Record ) of the above - captioned - entitled action, *forty sixth* - Omnibus Hearing is scheduled for **December 13, 2007 at 9:30 a.m.** in Relating to (the "Creditor" ) *Second* Response *and* Objection Motion, *filed* **Docket Item No. 5904.** ( with *Proof* of Certificate of Service ).

*Status*: * TWA, Inc. debtor and debtor /estate in possession , its recipients, *and* counsels on record; *and* reinsurance *and U.S. Trustee*, all parties in interest, *failure* to *filed* any admission *and/or* objection ; an *"Declaration"* - A "Statement" pursuant to Federal Evidence Rule **801** *and* **902** *and* 901. and 28 USC- 1746.

**Dated:** December 13,   2007.

                              **Filed in Good Faith,**
                              X *Herbert Mc Millian*
                              Herbert McMillian,
                              Pro Se for Creditor / Appellant
                              179- 17 Anderson Road
                              St. Albans , NY 11434
                              ( 718) 723-4693

* Appearance ...... *failure of* ... **Records kept by clerk** .... by 79- *and* **Default-** 55(b) and 77(d) **of** and **Deposition** .... 37(d) subsection (b) *and* *(*c *)* of Fed. R. Civ.P. *and* 29 USC- 1131 and 1132 *and* 1301 et seq. *and* 11 USC-1114 et seq.

*Exhibit ~ E ~*

**UNITED STATES BANKRUPTCY COURT -
FOR DISTRICT OF DELAWARE**

<u>Referral to: *U.S. TRUSTEE PANEL*</u>
28 USC-586 to 589(b)

**In re:** TWA INC. POST CONFIRMATION ESTATE )
                   **Debtors.** )
_____ )

In a *Pending Personal Injury* [ *Suit* ] of all claims )
"disability" benefits plans, PBGC,in ERISA of )
**Herbert McMillian ,** )
             Individual Creditor's )
*vs.* )
   )
**Trans World Airlines, Inc. et al,.** )
   )
**Hartford Insurance Group,Inc.** )
   )
*Defaulting* Debtors / Estates / Recipients )
_____ )

Chapter 11
Docket No.01-56(PJW)
(Jointly Administered)

*"**Jury**" Promptly Demanded*
( USC - Bankr. P. Rule 9015(a))
*(Fed..R.Civ.P.38(b))*.

## NOTICE OF APPEARANCE

TO: THE CLERK OF COURT *AND* APPOINTED JUDGE OF COURT OF RECORD.

    PLEASE TAKE NOTICE, that the undersigned as Pro Se, **appear** for the individual CREDITOR'S, in the above - captioned - entitled **Contested Matters** proceeding case and on disputed material of factual issues thereof; *for* scheduled-Omnibus- Hearing- April 17, 2008 *at* 9:30 a.m. in the-above-Court.

In relating to undersigned - creditor's, *Filed* - Indexing - **Docket Items #:5935** *and* **Docket Items #:5943**. - *Uncontested -. of* **Official Record**.

**Dated:** April 17, 2008.

          **Appearance** -by,

Filed in Good Faith,
X _Herbert McMillian_
Herbert McMillian,
Pro Se for Individual Creditor's of Record.
179- 17 Anderson Road
St. Albans , NY 11434
( 718) 723-4693

**Appearance** -by, James ,O'Neill - Counsel of Record *for Defaulting*
TWA Inc. Post Confirmation Estate / Debtor and its *absent* 2002 Recipients

*Exhibit ~ F~*

## CERTIFICATE OF SERVICE
## BY UNDERSIGNED-*PRO SE*

**I,** Herbert McMillian**, verify,** that undersigned - pro Se - he **Creditor,** in this "Jury Action" served or cause to had served of these evidentiary documents with -**notice**- and a true copy's *(attached)* was made on 28 day of May **2008.**

### 1. Affidavit of Good Faith in Support for Jury Trial - Reinstated to Reopen
### 2. Exhibits A to F,

upon the following identified parties in interest the manner indicated: (as required by Fed.R.Civ.P 5(b)(1).

**Method of Service: (***Check Mark*** )** [x] U.S. Mail or [ ] Fax [x] Personal [ ] other _____

Sue L. Robinson, Chief Judge    and
United States District Court
844 King Street
Wilmington DE 19801

Peter J. Walsh, Judge *(Recusal)*
United States Bankruptcy Court
824 Market Street
Wilmington, DE 19899

James E, O'Neill, Esq.    and
Pachulski, Stang ,Ziehl, & Jones LLP
919 North Market Street
Wilmington , DE 19899
*TWA,Inc. Its List of Recipients*

Michael J .Lichty, Esq.
Jill M. Farmer, Esq.
TWA, Inc. Post Confirmation Estate
P.O. Box 12247
Kansas City , MO. 64152

Mark S. Kenney , Esq.
United States Trustee's - Panel
Department of Justice
844 King Street
Wilmington , DE 19801

Colm Connolly Esq.
United States Attorney
Department of Justice
1007 North Orange Street
Wilmington , DE 19801

*and other said parties in interest -unknown*

**Upon penalty of perjury, I declare that the foregoing is true and correct.**

*Verify*
**Sworn before me and Execution:**
on 28th day of May **2008**
Date

Michael E. Pearson
Notary Public

x _Herbert McMillian_
Signature
**Herbert McMillian,**
179-17 Anderson Road
St. Albans, NY 11434
(718) 723-4693

MICHAEL E. PEARSON
Notary Public, State of New York
No. 01PE6134402
ualified in Queens County
Commission Expires October 3rd, 2009

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER

Received From:

Herbert McMillan
179-17 Anderson Road
St. Albans, NY 11434

One piece of ordinary mail addressed to:

Mark S. Kenney, Esq.
United States Trustee's Office
844 King St.
Wilmington, DE 19801

PS Form **3817**, January 2001

WILMINGTON P 19899

| | $0.59 | 0210 |
| | $2.70 | 14 |
| | $2.20 | |
| | $0.00 | |
| | $5.49 | 05/28/2008 |

James E. O'Neill, Esq.
Pachulski Stang Ziehl, Jones ... P
717 N. Market St
Wilmington, DE 19899

---

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER

Received From:

Herbert McMillan
179-17 Anderson Rd.
St. Albans, NY 11434

One piece of ordinary mail addressed to:

C/M Connolly,
United States Attorney Office
1007 North Orange St
Wilmington DE 19899

PS Form **3817**, January 2001

KANSAS CITY MO 64152

| $0.59 | 0213 |
| $2.70 | 14 |
| $2.20 | |
| $0.00 | |
| $5.49 | 05/28/2008 |

Michael J Liverty, Jill M Farmer, Est
TWA, Inc. Post Confirmation Estate
PO Box 13247
Kansas City, MO 64152

---

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER

Received From:

Herbert McMillan
179-17 Anderson Road
St. Albans, NY 11434

One piece of ordinary mail addressed to:

Peter J Walsh, Judge
United States Bankruptcy Court
824 Market Street
Wilmington, DE 19899

PS Form **3817**, January 2001


