## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| **In re: *TWA, INC. POST CONFIRMATION ESTATE*** ) | Chapter 11 |
| ) | USBC- Case No.01-56(PJW) |
| Debtors                                 ) | **Appeal- No. 08-11 (PJW)** |
| ) | |
| *In Nature of Personal Injury (suit) of Certain Claims* ) | |
| *of "Disability Benefits under* (PBGC) *in ERISA Plan of* ) | |
| **Herbert McMillian,**                    ) | |
| (Last four SS#:8692) - *Employee-*  <u>Creditor - Appellant</u>  ) | **Case No.1-08-civil-180(SLR)** |
| *-against-*                              ) | <u>**JURY DEMANDED**</u> - Appellant |
| **Trans World Airlines, et al,** <u>Debtors - Appellees</u> ) | |
| ( NYS Tax Id #:526-976 )- *Employer-*      ) | |
| **Hartford Insurance Group Inc.** <u>Insurer -Carrier</u> ) | |
| (Case No.302FC24899) and--- Worker;s Compensation --- ) | |
| (No.07954183 and *Unknown -Joinder- Parties in Interest* ) | |
| <u>Debtors - Appellees</u>     ) | <u>**Jurisdiction Federal Question:**</u> |

**NOTICE OF APPEAL** to United States Trustee *-region-* Panel - for the Third Circuit.

    **Herbert McMillian,** the undersigned, creditor -appellant, **APPEALS** as of right, to the United States Trustee for the *-region-* Panel, for the Third Circuit, from the *questions* Sue L. Robinson ,Chief Judge, **prejudicial,** an instance of such, **Order** of disputed material issues *raised* "without investigation" of unsupported facts-findings, **see;** (18 USC- 152 to 158) relating to bankruptcy crimes and fraudulent of the *falsify* Docket Item 5955 of those "contested matters" was entered on 13 day of May 2008 in the office of bankruptcy clerk, kept records, are hereby to be transferred to - *region* - United States Trustee- Panel in Third Circuit (28 USC- 586) under title 11 case. and Title IV- in **PBGC** by **ERISA** " Plan" [ 29 USC-1301 et seq. and 1302(a)(b) and 29 USC-1131 and 1132].

    The parties to the **order** appealed from and the names and addresses of their respective counsels of record and its recipients parties in interest are as follows:
**TWA, Inc. Post Confirmation Estates / Debtors - Appellees** *and* **Counsels;**

| | |
|---|---|
| Pachulski, Stang, Ziehl, & Jones   and | Jill Farmer |
| James E, O'Neill, | Michael Lichty |
| 919 North Market Street | P.O. Box 12247 |
| Wilmington, DE  19899 | Kansas City, Mo.64152 |

Dated: June 11, 2008

x *Herbert Mc Millian*

**Herbert McMillian, Creditor-Appellant**
179-17 Anderson Road
St. Albans, NY  11434
(718) 723-4693

2008 JUN 12 PM 1:15
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

( TPO Issued
  IFP Filed )

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TWA INC. POST CONFIRMATION ESTATE, | ) | Bank. No. 01-56(PJW) |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| HERBERT MCMILLIAN, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civ. No. 08-180-SLR |
| | ) | |
| TRANS WORLD AIRLINES, INC., et al., | ) | |
| | ) | |
| Appellees. | ) | |

**ORDER**

At Wilmington this 12th day of May, 2008, having reviewed the notice of appeal filed by appellant Herbert McMillian;

IT IS ORDERED that said appeal is dismissed, for the reasons that follow:

1. Appellant, a pro se litigant, has neither paid the filing fee nor filed the appropriate motion to proceed in forma pauperis.

2. Appellant is not contesting the orders of the bankruptcy court attached to his notice of appeal,[1] but is yet again seeking "to compel the respective part[ies] Trans

---

[1] A December 12, 2007 order extending the term of the estate and a December 13, 2007 order granting relief sought in the forty-fifth substantive omnibus objection to claims. With respect to the latter order, the bankruptcy court notes that no objection to the relief sought in the omnibus objection was filed, the claim having been filed by

Exhibit ~ A ~

Date 5-13-08
Docket # 5955

World Airlines Inc. ("TWA") and Hartford Insurance Group ("HIG") and U.S. Trustee's . . . [to] Reinstate, Retroactive and Continue past and future back Payments of the reinsurance benefits to retiree Herbert McMillian, as Field Manager employee Individual. . . ." (D. I. 1)

3. Appellant has filed two other appeals in connection with this estate, <u>McMillian v. Transworld Airlines</u>, Civ. No. 02-020-GMS (D. Del.)[2] and <u>In re McMillian</u>, Civ. No. 06-44 (D. Del.).[3] His appeal of the two identified orders, which have nothing to do with his complaint, is frivolous and an abuse of the judicial process.

*[signature]*
United States District Judge

---

Orbital No. 1 Ltd.

[2]McMillian's pro se motion to withdraw the reference was denied on July 17, 2002 and the appeal dismissed for lack of appellate jurisdiction on April 14, 2003. (D.I. 13,18)

[3]McMillian filed a pro se appeal from the bankruptcy court's order entered on November 22, 2005. (D.I. 1) The court dismissed the action for lack of subject matter jurisdiction. (D.I. 14) McMillian's appeal to the Third Circuit was denied as frivolous pursuant to § 1915(e)(2)(B). (D.I. 26) According to the Court:
> McMillian filed proofs of claim in the Chapter 11 bankruptcy of Trans World Airlines, Inc. The bankruptcy court disallowed and expunged those claims in 2003, and McMillian does not appear to have appealed from that order. Instead, he continued to file various documents in the bankruptcy court that did not pertain to any pending claim. Finally, on November 22, 2005, the bankruptcy court entered an order denying relief on McMillian's filings and directing him to refrain from filing additional pleadings in that proceeding.

(D.I. 26-2)

2

```
JIN ID: ZWIA (302) 652-4100      Ship Date: 22MAY08
ILROOM                           ActWgt: 0.1 LB
PACHULSKI STANG ET AL            System#: 0751632/CAFE2355
919 N MARKET ST                  Account: S 247940138
WILMINGTON , DE 19801
UNITED STATES US
```

TO MR HERBERT MCMILLIAN

179-17 ANDERSON ROAD

ST. ALBANS, NY 11412

Ref: 85400.001

**FedEx** Express



Delivery Address Barcode

BILL SENDER

PRIORITY OVERNIGHT          FRI
                            Deliver By
TRK#  9122 0814 5529  Form  23MAY08
                      0201
                              JFK    A1
11412   -NY-US        ZM FYUA



**Pachulski, Stang, Ziehl, Young, Jones & Weintraub**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

TO

Via Overnight Delivery
(Herbert McMillian)
Mr. Herbert McMillian
179-17 Anderson Road
St. Albans, NY  11434

(kf) 85400.001

## CERTIFICATE OF SERVICE

I, the undersigned, Herbert McMillian, pro Se for the Creditor - Appellant, certify that I, served or cause to be filed on the 11 day of June 2008 a copy of the foregoing relevant evidentiary document's:

1). **Notice of Appeal**
2). **Affidavit to Proceed without Prepayment of Fees and Costs**
3). **Order - Exhibit -A-**
upon the following *identified* parties in interest the manner indicated: as required by Fed. R. Civ. P. 5(b)(1);

**Method of Service:**[check mark] **[ x] U.S. Mail** or **[ ] Fax** or **[ ] Personal or Other:**

**TWA, Inc. Post Confirmation Estate / Debtors / Appellees / Counsels of Record**
Pachulski, Stang, Ziehl, & Jones LLP  -and-  TWA, Inc. Post Confirmation Estate
James E, O'Neill, Esq.                          Jill M. Farmer, General Counsel
919 North Market Street                        P.O. Box 12247
Wilmington, DE 19899-8705                Kansas City, MO 64152
[Its Recipients list Rule 2002] of Bankruptcy Procedure

**and**

[x] **Pesonal Service:** served and filed the original documents on day 12 of June 2008.

**Witness(es)**

Sue L. Robinson, Chief Judge      -and-   Peter J Walsh, Appointed Judge -(*recusal*)
United States District Court / DE            United States Bankruptcy Court
844 King Street                                      824 Market Street
Wilmington, DE 19801                          Wilmington, DE 19899

Dated: Execution, June 12    , 2008       x  *Herbert McMillian* (signature)
                                                             Herbert McMillian,
*Declaration of;*                                  Pro Se for Appellant
[Pursuant to 28 USC-1746]                179-17 Anderson Road
                                                             St. Albans, NY 11434
                                                             (718) 723-4693


