Page 1

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | USBC, No.01-56(PJW) |
| *TWA,INC. POST CONFIRMATION ESTATE,* | ) | AP -No.08-11 |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | | |
| **Herbert McMillian** | ) | **AFFIDAVIT TO PROCEED** |
| Creditor / Appellant | ) | **WITHOUT PREPAYMENT OF** |
| *vs.* | ) | **FEES OR COSTS** |
| **Trans World Airlines,** et al,. and | ) | |
| ( *its Recipients*) and | ) | Case No. 1-08-civil-180(SLR) |
| | ) | **JURY DEMANDED** - Appellant |
| **Hartford Insurances Group, Inc..** | ) | |
| *Insurer - Carrier,* Debtors / Appellees | ) | |
| | ) | *JURISDICTION FEDERAL QUESTION:* |

FILED 2008 JUN 12 PM 1:15 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

I, Herbert McMillian, declare that I am the undersigned *for* Creditor or Appellant / Movant, in the above - caption - entitled proceedings, that in support of **my requests** to proceed without prepayment of fees or costs under 28 USC - 1915, I declare that I am unable to pay the costs to conduct any investigation and prosecution or proceeding, whether a "debtor" has violated of the "plans" see; (Title 18 USC-151. Crimes and Criminal Procedure -Definition - "debtor" petition has been filed under title 11). and that I am entitled to the relief sought under Title IV - F.R.C.P. 8(a); 29 USC- 1301 et. seq. and 1303(a) (b) and 29 USC-1331 and 1332 of the TWA, Inc. et al. unpaid full *PBGC* by *ERISA,* "*Plans*" / **Notice of Appeal**.

In support of this Application In Forma Pauperis Relief, I, appellant, answer the following **questions** under penalty of perjury:

1. Are you currently incarcerated?   No

2. Are you currently employed ?   No
(b) date of your last employment, 8 / 30 /1979, the amount of your take-home salary or wages and pay period approx.$500.00 plus dollars weekly and the name and address of your last employer, Trans World Airlines Inc. at JFK Airport (Ramp) in regarding to on the job **personal injury** on date of 8 /30 / 79.

3. In the past 12 twelve months have you received any money from any of the following sources?
 (a) Only source:   Social Security Act.   Yes

Page 2

(b) other sources:                                            None

Describe of source of money and state the amount received AND what you expect will continue to receive. Social Security Check of sum $957.00 Monthly.

4.  Do you any cash or checking account?          Yes )  of direct checking
deposit, state the total amount 957.**00**          by Monthly from social security act.

5. Do you own any real estate, stocks,bond,securities,other financial instruments, automobiles or other valuable property?          **No**

6. List the persons who are dependent on you for support,state your relationship to each person and how much you contribute to their support?

   Dependent          Age          Relationship
   Arielle McMillian , DOB -4-25-1990  -  I,am the Father  and contribute of approx. Amount $520.00 Monthly under the Social Security Act.

I, declare under penalty of perjury that the *aforesaid* and *foregoing* information is true and correct. (28 U.S.C.~ 1746) **and** 18 U.S.C. 1621. and

*Appellant, will provide any questions of evidentiary documents on written request only.*

Dated: June 11 , 2008                              SUBMISSION ON NOTICE
                                                   * x _[signature]_
State of New York - County of Queens) ss:.         **Herbert McMillian - Appellant**
SWORN TO AND SUBSCRIBED                            179-17 Anderson Road
by me on this 11th day of June 2008                St. Albans ,NY 11434
_[signature]_                                      (718) 723-4693
MICHAEL E. PEARSON
Notary Public, State of New York
No. 01PE6134402
Qualified in Queens County
Commission Expires October 3rd, 2009

Sue L. Robinson, Chief Judge     and     Peter J. Walsh , Appointed Judge *(recusal)*
**United States District Court**            **United States Bankruptcy Court**
844 King Street                             824 Market Street
Wilmington ,DE  19801                       Wilmington, DE  19899
Witness: by , *Judge;s  or Clerk's of Court's*, shall "notify" United States Attorney General , by designee, United States Attorney / DE  "Relating *to* Bankruptcy CRIMES *and* FRAUD (18- USC- 152 through 158 )" and **Trustee's** , report *to  United States Trustee -region- Panel.*

The parties to the **order** appealed from and the names of attorney's are as follows: (under F.R.Cv.P 5.) **see**; CERTIFICATE OF SERVICE  *(attached).*